AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRENT ELI MORRIS,

    Petitioner,

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00277-RCJ-WGC**

GREG SMITH, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition (ECF No 2) is **denied** in its entirety.
**IT IS FURTHER ORDERED** that a certificate of appealability is **denied.**

September 18, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk